1
2
3
4
5
6
7

JS-6

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SAN ANTONIO WINERY, INC., a          Case No. 2:15-cv-07194-MWF(AJWx)
    California corporation,
12          Plaintiff,                    **ORDER GRANTING CONSENT**
                                          **JUDGMENT, FINAL ORDER, AND**
13          v.                            **PERMANENT INJUNCTION**

14  TESTA ROSSA PHILADELPHIA,
    LLC, a Pennsylvania limited liability
15  company, RED STAR ITALIAN,
    LLC, a Pennsylvania limited liability
16  company and DOES 1-10, Inclusive,

17
            Defendants.
18

19
20
21
22
23
24
25
26
27
28

1   **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

2   Based on the Consent Judgment and Permanent Injunction filed concurrently

3   herewith between Plaintiff San Antonio Winery, Inc. and Defendants Testa Rossa

4   Philadelphia, LLC, Red Star Italian, LLC, d/b/a Barra Rossa Ristorante and

5   formerly d/b/a Stella Rossa Ristorante, the Consent Judgment and Permanent

6   Injunction are approved and judgment is hereby entered according to the terms

7   herewith.

8

9   **IT IS SO ORDERED.**

10

11   Dated: January 28, 2016

_____

Hon. Michael W. Fitzgerald
United States District Judge